18-cr-465

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 08 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
 PLAINTIFF,

V.

JAY B. LEDFORD,
 DEFENDANT.


JAY B. LEDFORD PROCEEDING PRO SE, RESPECTFULLY MOVES THIS HONORABLE COURT FOR A REDUCTION OF HIS SENTENCE PURSUANT TO 18 U.S.C. 3582 (C)(2) AND THE RETROACTIVE APPLICATION OF AMENDMENT 821 TO THE U.S. SENTENCING GUIDELINES AS AUTHORIZED BY 28 U.S.C. 994(O). ADDITIONALLY, THIS MOTION IS FILED PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. 3006 (A)(1)(C).

(1)

# I. BACKGROUND

MR. LEDFORD WAS SENTENCED BY THIS COURT AND IS CURRENTLY INCARCERATED AT F.P.C. BEAUMONT CAMP. DURING HIS INCARCERATION, MR. LEDFORD HAS DEMONSTRATED SIGNIFICANT REHABILITATION, AS EVIDENCED BY HIS PARTICIPATION IN WORK AND VARIOUS PROGRAMS; AS WELL AS HIS COMMITMENT TO PERSONAL GROWTH.

# II. LEGAL BASIS FOR REDUCTION

PURSUANT TO 18 U.S.C. 3582(c)(2), A COURT MAY REDUCE A TERM OF IMPRISONMENT BASED ON A SENTENCING RANGE THAT HAS SUBSEQUENTY BEEN LOWERED BY THE SENTENCING COMMISSION. AMENDMENT 821, WHICH IS APPLICABLE RETROACTIVELY, PROVIDES SUCH A REDUCTION BY CREATING NEW CHAPTER 4C1.1 FOR ZERO-POINT OFFENDERS.

(2)

FURTHERMORE, 28 U.S.C. 994(o) MANDATES THE SENTENCING COMMISSION TO PERIODICALLY REVIEW AND REVISE THE GUIDELINES TO REFLECT ADVANCEMENTS AND UNDERSTANDING ABOUT EFFECTIVE SENTENCING PRACTICES AND POLICIES. THIS STATUTE UNDERPINS THE AUTHORITY FOR RETROACTIVE APPLICATION OF AMENDMENTS TO THE SENTENCING GUIDELINES.

MR. LEDFORD QUALIFIES UNDER PART B, SUBPART 1 OF AMENDMENT 821, WHICH PROVIDES A TWO-LEVEL REDUCTION FOR INDIVIDUALS WITH ZERO CRIMINAL HISTORY POINTS. THIS POLICY CHANGE AIMS TO REDUCE THE COST OF INCARCERATION AND ADDRESS PRISON OVERCROWDING WHILE ENSURING THAT OFFENDERS WITH MINIMAL CRIMINAL HISTORY RECEIVE APPROPRIATE SENTENCING ADJUSTMENTS.

UNDER 18 U.S.C. 3006A(a)(1)(C) THE COURT IS AUTHORIZED TO PROVIDE REPRESENTATION FOR FINANCIALLY ELIGIBLE

(3)

INDIVIDUALS SEEKING RELIEF UNDER 18 U.S.C. 3582 (c). WHILE MR. LEDFORD IS PROCEEDING PRO SE, HE RESPECTFULLY INVOKES THIS STATUTE TO UNDERSCORE THE IMPORTANCE OF EQUITABLE LEGAL REPRESENTATION IN SUCH MATTERS.

## III. REHABILITATION AND COMMITMENT TO CHANGE

SINCE HIS INCARCERATION, MR. LEDFORD HAS BEEN ACTIVE IN VARIOUS REHABILITATIVE PROGRAMS. HE HAS WORKED DILIGENTLY TO EARN MAXIMUM GOOD TIME CREDITS AND FIRST STEP ACT CREDITS. HE HAS PARTICIPATED IN CHAPEL SERVICES, BIBLE STUDIES, PARENTING CLASSES, NON-RESIDENTIAL DRUG ABUSE PROGRAMS, AND VARIOUS ADULT CONTINUING EDUCATION COURSES. HIS EFFORTS DEMONSTRATE HIS COMMITMENT TO BEING A LAW-ABIDING CITIZEN UPON RELEASE.

(4)

ATTACHED IS A LETTER TO JUDGE RICHARD BENNETT, PROVIDING FURTHER INSIGHT INTO MR. LEDFORD'S PROGRESS AND REMORSE FOR HIS PAST ACTIONS.

IV. FACTORS SUPPORTING SENTENCE REDUCTION

IN DETERMINING WHETHER TO REDUCE MR. LEDFORD'S SENTENCE, THE COURT SHOULD CONSIDER THE FOLLOWING FACTORS UNDER 18 U.S.C. 3553 (a):

1. NATURE AND CIRCUMSTANCES OF THE OFFENSE: MR. LEDFORD HAS NO PRIOR CRIMINAL HISTORY AND HAS SHOWN SIGNIFICANT EFFORTS TOWARDS REHABILITATION.

2. THE NEED FOR THE SENTENCE IMPOSED: REDUCING MR. LEDFORD'S SENTENCE ALIGNS WITH THE OBJECTIVES OF JUST PUNISHMENT, DETERRENCE, PUBLIC PROTECTION, AND PROVIDES NECESSARY CORRECTIONAL TREATMENT.

(5)

3. THE KINDS OF SENTENCING AVAILABLE
AND SENTENCING RANGE ESTABLISHED:
AMENDMENT 821 RETROACTIVELY APPLIES
TO MR. LEDFORD, JUSTIFYING A REDUCTION
IN HIS SENTENCING GUIDELINE RANGE.

4. THE NEED TO AVOID UNWARRANTED
SENTENCE DISPARITIES: APPLYING
AMENDMENT 821 RETROACTIVELY ENSURES
CONISTENCY IN SIMILARILY SITUATED
DEFENDANTS.

V. CONCLUSION

    FOR THE REASONS STATED ABOVE,
MR. LEDFORD RESPECTFULLY REQUESTS
THAT THIS COURT GRANT HIS MOTION
FOR REDUCTION OF SENTENCE PURSUANT
TO 18 U.S.C. 3582 (c)(2) AND
AMENDMENT 821, AS AUTHORIZED BY
28 U.S.C. 994(o), THIS REDUCTION
WILL REFLECT MR. LEDFORD'S
REHABILITATIVE EFFORTS AND ALIGN
WITH THE SENTENCING COMMISSION
POLICY OBJECTIVES.

                    (6)

AN EXACT COPY OF THIS MOTION
HAS BEEN FILED WITH THE CHIEF
LEGAL COUNSEL FOR THE FEDERAL
BUREAU OF PRISONS REGIONAL OFFICE
IN GRAND PRAIRIE, TEXAS AS WELL AS
THE WARDEN/CAMP ADMINISTRATOR FOR
FPC-BEAUMONT VIA TRULINCS.

RESPECTFULLY SUBMITTED;

JAY B. LEDFORD #55055-048
FPC BEAUMONT CAMP
P.O. BOX 26010
BEAUMONT, TX 77720

DATED: JUNE 27, 2024

ATTACHMENT: LETTER TO JUDGE RICHARD BENNETT

(7)