IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Case No. 1:18-CR-00465-001 |
| KEVIN MERRILL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF INTENT TO SUPPLEMENT

This notice serves as our intent to supplement Mr. Kevin B. Merrill's *pro se* Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) filed on July 19, 2024. (ECF No. 341). This case was assigned to us by the Office of the Federal Public Defender for the District of Maryland on September 5, 2024. Counsel for the Government, Martin Clarke, has been notified of our representation and intent to supplement.

Date: September 25, 2024

_____/s/_____
MANEKA SINHA, No. 21424
University of Maryland Carey School of Law
Criminal Defense Clinic
500 W. Baltimore St.
Baltimore, MD 21201
msinha@law.umaryland.edu
Direct: (410) 706-5232
Fax: (410) 706-5856

_____/s/_____
ANGIE COLE*
Student Attorney
500 W. Baltimore St.
Baltimore, MD 21201
acole@clinic.law.umaryland.edu
(410) 706-0048

_____/s/_____
T. QUINLAN MURPHY*
Student Attorney
500 W. Baltimore St.
Baltimore, MD 21201
tqmurphy@clinic.law.umaryland.edu
(410) 706-0086

_____/s/_____
ASHLEY TRAVIS*
Student Attorney
500 W. Baltimore St.
Baltimore, MD 21201
ashley.travis@clinic.law.umaryland.edu
(410) 706-0048

Counsel for Kevin Merrill

* Practicing pursuant to Rule 702 of the Local Rules for the United States District Court for the District of Maryland

## CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of the District of Maryland via the CM/ECF system on the 25th day of September 2024, and that service on all counsel will be completed by the CM/ECF system.

                                            _____/s/_____
MANEKA SINHA, No. 21424
University of Maryland Carey School of Law
Criminal Defense Clinic
500 W. Baltimore St.
Baltimore, MD 21201
msinha@law.umaryland.edu
Direct: (410) 706-5232
Fax: (410) 706-5856